**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CIARA P. ANDREWS,

     Plaintiff,

vs.

                                  CIV. NO. 1:25-cv-00986-KG-KK

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

<u>JUDGMENT</u>

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered on May 7, 2026, (ECF No. 24),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

                                 /s/Kenneth J. Gonzales
                                 CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.